ALICE L. MILLER *v*. ROBERT B. MILLER

The motion by the defendant for a review of the order of the trial court terminating the stay of execution in the appeal from the Superior Court in Middlesex County is denied.

*James F. Bingham,* in support of the motion.

*Jack Stock,* in opposition.

Submitted February 2—decided February 27, 1968

STATE OF CONNECTICUT *v*. RONALD JOHNSON ET AL.

The application by the defendants Ronald Johnson, Harry J. "Buddy" Bonner and James A. Cotter for a temporary stay of the criminal proceedings in the Superior Court in New Haven County, and for other relief, is denied.

*Stephen L. Fine,* in support of the application.

Submitted February 16—decided February 27, 1968

PARK CONSTRUCTION COMPANY *v*. VIOLET F. KNAPP, EXECUTRIX (ESTATE OF C. STANLEY KNAPP)

It appearing that the plaintiff in the above-entitled case has failed to prosecute its appeal from the Superior Court in Fairfield County at Stamford with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the plaintiff files its brief on or before March 19, 1968.

*Robert E. Connolley,* for the appellant (plaintiff).

*Fred J. Whelan,* for the appellee (defendant).